# UNITED STATES DISTRICT COURT

For The Northern     District of    Iowa Cedar Rapids Division

KATHERINE BUCK

**SUMMONS IN A CIVIL CASE**

V.

THE ARCHDIOCESE OF DUBUQUE

CASE NUMBER:     **05cv1034LRR**

TO: (Name and address of Defendant)

The Archdiocese of Dubuque

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Staack
Chad A Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
PO Box 810
Waterloo, IA 50704-0810

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pridgen J. Watkins, Clerk

JUN 0 3 2005

CLERK

(By) DEPUTY CLERK

DATE