IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| KATHERINE BUCK, | ) | No. C05-1034 JAJ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS** |
| THE ARCHDIOCESE OF DUBUQUE, | ) ) ) | |
| Defendants. | ) | |

All parties, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by this Stipulation dismiss with prejudice Plaintiff's complaint against Defendant The Archdiocese of Dubuque with the parties bearing their respective costs.

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: *Thomas L Staack per EPL*
Thomas L. Staack
Iowa Bar #000005220

BY: *Chad A Swanson per EPL*
Chad A. Swanson
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

1

O'CONNOR & THOMAS, P.C.
Attorneys for Defendant

BY: _____
Brendan T. Quann   000004440

BY: _____
Davin C. Curtiss   000014786

700 Locust Street, Suite 200
P. O. Box 599
Dubuque, Iowa 52004-0599
563-557-8400
563-556-1867 FAX
bquann@octhomaslaw.com
dcurtiss@octhomaslaw.com